**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADHAM ALI SALEH ALZAILAH,<br><br>*Petitioner*,<br><br>v.<br><br>LUIS SOTO, *et al.*,<br><br>*Respondents*. | HON. KATHARINE S. HAYDEN, U.S.D.J.<br><br>Civil Action No. 26-7527 (KSH)<br><br>**ORDER, FINDINGS OF FACT, AND CONCLUSIONS OF LAW** |

Respondents having filed an unopposed motion to seal Petitioner's 2025 Asylum Application, ECF No. 7-1, Petitioner's Declaration, ECF No. 7-2, and Petitioner's 2026 Asylum Application, ECF No. 7-3, filed concurrently with their Letter Response, ECF No. 6, the Court makes the following findings of fact and conclusions of law under Local Civil Rule 5.3(c):

1. The Court finds that this document, ECF No. 7, includes confidential information under 8 C.F.R. § 208.6. This information is sensitive information as contemplated in Local Civil Rule 5.2(17).

2. The Court finds that disclosure of this information to the public, via publication on the Court's docket, is unnecessary and would amount to the disclosure of confidential and private information and could injure Petitioner's and Respondents' interest in keeping such information confidential and private.

3. The Court finds that, though the records at issue are relevant to issues raised in the petition, the materials available on the public docket in this matter

supply ample information for the public to understand the implicated legal issues, factual circumstances, and issues of dispute in this matter. Thus, it is not necessary for the Court to reach the issue of whether a less restrictive alternative to sealing the records is available.

4. Accordingly, the Court finds that good cause exists to seal the records at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994), and Local Civil Rule 5.3(c). The Court therefore permits the Clerk of the Court to maintain these documents at ECF No. 7 under seal.

Dated: 8/25/26

s/Katharine S. Hayden

HON. KATHARINE S. HAYDEN, U.S.D.J.
United States District Judge